**Electronically Filed
Intermediate Court of Appeals
28292
15-DEC-2011
12:26 PM**

NO. 28292

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


McCANDLESS LAND AND CATTLE COMPANY, a Hawai'i limited
partnership; ELIZABETH M. STACK; NOHEA M. SANTIMER, MOANI M.
ZABLAN and NOENOE M. LINDSEY as Trustees of the Les Marks
Revocable Living Trust acting in their fiduciary and not in their
individual capacities, Plaintiffs/Counter-Defendants/Appellees,
v.
D. KEALOHAPAUOLE, et al., Defendants,
and
CLARENCE A. MEDEIROS, JR., Defendant/Counter-Claimant/Appellant,
and
PANSY MEDEIROS, et al., Defendants/Counter-Claimants/Appellants,
and
ROSE ELAINE ABBOTT, CURTIS AHU, EUGENE AHU, JOHN R. AHU, ROBERT
AHU, DEBORAH H. LEE, LORRAINE YAHNEL, HENRY APIO, MARY APIO,
ELAINE LEINAALA DAILEY, KIMELA KUKANE KALUA, HATTIE IWALANI KAUHI
and LOUISE APIO LEOPOLDO, Defendants/Appellants,
and
JOSEPH KANAI KALAMA, through his successor in interest, KALAMA
HUI, LLC, Defendant/Appellant,
and
GENEVIEVE ILIMA ALANI SHITO, Defendant-Appellant.


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
KONA DIVISION
(CIVIL NO. 92-0185K)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Memorandum Opinion, filed on November 9, 2011, is hereby corrected as follows:

On page 18, in the fifth line from the bottom of the page, the word "successors" should be replaced with the word "predecessors" so that as corrected, the text reads: "their predecessors in interest would inure to the benefit . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, December 15, 2011.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1/] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

2